

## NUMBER 13-10-00464-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

HIGHWAY TECHNOLOGIES, INC. AND
ISAIAS GUTIERREZ RAMIREZ,                              Appellants,

### v.

ROSE BARNETT AND JERRY BARNETT,                        Appellees.

---

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Vela
### Memorandum Opinion Per Curiam

On September 23, 2010, this appeal was abated to allow the parties the opportunity to finalize settlement. This case is before the Court on an agreed motion to lift abatement and vacate the trial court's judgment in accordance with the parties' settlement agreement. The parties have reached an agreement with regard to the

disposition of the matters currently on appeal. Pursuant to the agreement, the parties request this Court to vacate the trial court's judgment and remand this case to the trial court with instructions to dismiss the case with prejudice in accordance with the parties' settlement agreement.

The agreed motion to lift abatement and vacate the trial court's judgment in accordance with the parties' settlement agreement is GRANTED. The appeal is hereby REINSTATED. Accordingly, we vacate the trial court's judgment without regard to the merits, and REMAND this case to the trial court with instructions to dismiss the case with prejudice in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
13th day of January, 2011.